RILEY A. CLAYTON
Nevada Bar No. 005260
rclayton@lawhjc.com

**HALL JAFFE & CLAYTON, LLP**
7425 PEAK DRIVE
LAS VEGAS, NEVADA 89128
(702) 316-4111
FAX (702)316-4114

*Attorneys for Defendant,*
*State Farm Mutual Automobile Insurance Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ENNIS LYVELL WILLIAMS, an individual, | Case No.: 2:23-cv-00157-JAD-DJA |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign Corporation; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive, | [ECF No. 12] |
| Defendants. | |

IT IS HEREBY STIPULATED between the parties, Defendant, State Farm Mutual Automobile Insurance Company, ("Defendant"), and Plaintiff, Ennis Lyvell Williams

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

PAGE 1 OF 2

*Ennis Lyvell Williams v. State Farm Mutual Automobile Insurance Company*
*Case No. 2:23-cv-00157-JAD-DJA*

("Plaintiff"), by and through their undersigned counsel of record, that this case shall be dismissed **with prejudice**, with each party to bear their own attorney's fees and costs.

DATED this 27 day of April, 2023.

HALL JAFFE & CLAYTON, LLP

Riley A. Clayton (NV Bar #5260)
7425 Peak Dr.
Las Vegas, NV 89128
*Attorneys for Defendant*

DATED this 26th day of April, 2023.

MAIER GUTIERREZ & ASSOCIATES

/s/

Joseph A. Gutierrez, Esq.
Nevada Bar No. 9046
Stephen G. Clough, Esq.
Nevada Bar No. 10549
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
*Attorneys for Plaintiff*

Based on the parties' stipulation [ECF No. 12] and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own costs and fees. **The Clerk of Court is directed to CLOSE THIS CASE.**

**ORDER**

**IT IS SO ORDERED.**

Dated: April 27, 2023

UNITED STATES DISTRICT COURT JUDGE

PAGE 2 OF 2